UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>L.A. SMITH & SONS INC.,<br><br>Defendant. | Case No. 20-cv-07044-WHO<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 27 |

On May 21, 2021, Chief Magistrate Judge Joseph C. Spero issued a Report and Recommendation, recommending that the court grant plaintiffs' motion for default judgment. Dkt. No. 27. Objections were due on or before June 21, 2021.[1] As of today's date, no objection or other response has been filed by any party.

Having reviewed the record in this case, I agree with Judge Spero's Report and Recommendation and adopt it in full. It is HEREBY ORDERED that default judgment is entered against defendant L.A. Smith & Sons Inc. ("Smith & Sons") in the amount of $11,758.10. Smith & Sons is ORDERED to comply with an audit for the period from October 1, 2016 through the present. This court will retain jurisdiction to consider a motion to amend judgment to reflect the results of that audit. Plaintiffs shall serve a copy of this order on Smith & Sons.

**IT IS SO ORDERED.**

Dated: June 25, 2021

WILLIAM H. ORRICK
United States District Judge

---

[1] Objections were due no later than fourteen days after being served with a copy of the Report and Recommendation. Plaintiffs filed a proof of service on June 7, 2021, making objections due by June 21, 2021.